MEYER BEYER et al., Appellants, *v.* JOHN BOHNET et al.,
Respondents.

Reported below, 160 App. Div. 906.
(Submitted February 24, 1914; decided March 3, 1914.)

MOTION for leave to withdraw an appeal from an order
of the Appellate Division of the Supreme Court in the sec-
ond judicial department, entered January 16, 1914, which
affirmed an order of Special Term directing trial of the
issues in the above-entitled action before a referee.

The motion was made upon the ground that the Court
of Appeals had no jurisdiction to entertain the appeal.

*Louis J. Altkrug* for motion.

*James A. Timony* and *Richard J. Donovan* opposed.

Motion granted on payment of costs that have accrued
to entry of this order; costs to be taxed; upon failure to
comply with these terms within twenty days the motion
is denied, with ten dollars costs.